THE STATE OF OHIO, APPELLEE, *v.* SAYLES, APPELLANT.

[Cite as *State v. Sayles,* 132 Ohio St.3d 76, 2012-Ohio-1986.]

*Court of appeals' judgment vacated, and cause remanded for application of United States v. Jones.*

(No. 2011-1931—Submitted April 4, 2012—Decided May 10, 2012.)

APPEAL from the Court of Appeals for Butler County,

Nos. CA2011-01-005 and CA2011-01-006.

_____

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of common pleas for application of *United States v. Jones*, ___ U.S. ___, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Michael T. Gmoser, Butler County Prosecuting Attorney, and Donald R. Caster, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.

_____